Marie G. Quashnock (SBN 153567)
marie@aqalegal.com
Edward Younger (SBN 278232)
ed@aqalegal.com
**ALVIS QUASHNOCK AND ASSOCIATES, a PC**
613 First Street, Suite 202, Brentwood, CA  94513
Telephone: (925) 516-1617
Facsimile:  (925) 775-7008
*Attorneys for Plaintiff Inga O. Stiles*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INGA O. STILES,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A. and DOES 1-50,<br><br>Defendants | Case No.  3:14-cv-04169<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)** |

Having met and conferred, the parties stipulate to the following briefing schedule with respect to Defendant Wells Fargo Bank, N.A.'s motion to dismiss the complaint pursuant to Rule 12(b)(6):

1. Plaintiff shall file and serve her opposition to the motion to dismiss no later than November 14, 2014; and

2. Defendant Wells Fargo Bank N.A. shall file and serve its reply brief in further support of its motion to dismiss no later than November 21, 2014; and

3. The hearing on Defendant Wells Fargo Bank N.A.'s motion to dismiss is set for December 11, 2014 at 11:00 a.m.

The parties respectfully request that the Court enter an order setting this briefing schedule.

SO STIPULATED.

DATED: October 1, 2014          **ALVIS QUASHNOCK AND ASSOCIATES, PC**

By:   /s/ Marie G. Quashnock____
         Marie G. Quashnock

Edward Younger
**ALVIS QUASHNOCK AND ASSOCIATES, PC**
613 First Street, Suite 202
Brentwood, CA  94513
Telephone: (925) 516-1617
Facsimile:  (925) 775-7008
*Attorneys for Plaintiff Inga O. Stiles*

DATED: October 1, 2014          **LAW OFFICES OF JAMES ANDRE BOLES, ESQ.**

By:   /s/James Andre Boles_____
         James Andre Boles

10627 Almond Avenue
Oak View, CA  93022

2

Case No. 3:14-cv-04169 – STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)

ALVIS QUASHNOCK AND ASSOCIATES A PC
613 First Street, Ste. 202
Brentwood, CA  94513
Tel. (925) 516-1617   Fax. (925) 775-7008

Telephone: (775) 997-4915
Facsimile:  (805) 500-5410
*Associated Counsel for Plaintiff Inga O. Stiles*

DATED:  October 1, 2014

**ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP**

By:   /s/ Michael Rapkine
　　　　Michael Rapkine

Michael Rapkine
mrapkine@afrct.com
*Attorneys for Defendant*
*WELLS FARGO BANK, N.A.*
*("Wells Fargo")*

SO ORDERED.

DATED: October 2, 2014

IT IS SO ORDERED
Judge Donna M. Ryu

Hon. Donna M. Ryu
United States District Court Magistrate Judge

ALVIS QUASHNOCK AND ASSOCIATES A PC
613 First Street, Ste. 202
Brentwood, CA 94513
Tel. (925) 516-1617  Fax. (925) 775-7008

3
Case No. 3:14-cv-04169 – STIPULATION AND ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO RULE 12(B)(6)