|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| INGA O. STILES, | CASE NO.: 4:14-CV-04169-DMR |
| Plaintiff, | [Assigned to the Honorable Donna M. Ryu] |
| v. | |
| WELLS FARGO BANK, N.A. and DOES 1 – 50, | **ORDER GRANTING JOINT STIPULATION AND SETTING BRIEFING SCHEDULE AND HEARING RE PRELIMINARY INJUNCTION** |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    The Court, having read and considered the joint stipulation submitted by the parties, and
2 good cause appearing, finds:

3    The proposed briefing schedule submitted by the parties is hereby GRANTED <sup>as modified</sup>.

4    **ACCORDINGLY, IT IS ORDERED:**

5    1.   Defendant Wells Fargo and its agents are hereby enjoined from foreclosing on the
6         subject property, located at 17 Chapel Drive, Lafayette, California 94549, up
7         through and including November 20, 2014.

8    2.   Plaintiff shall file and serve a motion for a preliminary injunction no later than
9         October 24, 2014.

10   3.   Wells Fargo shall file and serve its opposition to issuance of a preliminary
11        injunction no later than November 7, 2014.

12   4.   Plaintiff shall file a reply brief in support of a preliminary injunction no later than
13        November 14, 2014.

14   5.   A preliminary injunction hearing will be held on **November ~~20~~, 2014** at 11:00   [26]
15        a.m. in Courtroom 4 of the above-entitled Court.

6. The parties stipulated that a preliminary injunction hearing will be
held on November 20, 2014, with the trustee's sale to be continued to
the day after the hearing date.  However, November 20 is not one of the
court's regularly-scheduled hearing dates. Accordingly, the preliminary
injunction hearing will be held on November 26, 2014, and the trustee's
sale shall be continued to December 1, 2014.

Dated: October 9, 2014

IT IS SO ORDERED AS MODIFIED

_____
Donna M. Ryu
United States Magistrate Judge