UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INGA O STILES,

        Plaintiff(s),

    v.

WELLS FARGO BANK,

        Defendant(s).
_____/

No. C-14-04169 DMR

**ORDER RE: JOINT STATUS REPORT [DOCKET NO. 18]; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The court is in receipt of the parties' joint status report. [Docket No. 18.] The deadlines and hearing date in Docket No. 16 are **vacated**. The deadlines and hearing date on the motion to dismiss shall remain as scheduled, *see* Docket No. 14. The case management conference currently scheduled for December 10, 2014 at 1:30 pm. is **continued** to coincide with the hearing on the motion to dismiss and shall be held on **December 11, 2014 at 11:00 a.m.** A joint case management statement is due no later than **December 4, 2014**.

IT IS SO ORDERED.

Dated: October 30, 2014

_____
DONNA M. RYU
United States Magistrate Judge

*United States District Court*
*For the Northern District of California*