UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

INGA O. STILES,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No.   14-cv-04169-DMR

**ORDER TO SUBMIT STATUS REPORT**

Defendant Wells Fargo Bank, N.A. filed a motion to dismiss Plaintiff Inga O. Stiles's first amended complaint on February 2, 2015 and noticed the motion for hearing on March 12, 2015. [Docket No. 34.]  On February 5, 2015, the parties filed a stipulation requesting a continuance of the March 12, 2015 hearing date and March 18, 2015 case management conference due to a pending loan modification review, which the court granted.  [Docket Nos. 36, 37.]  The motion to dismiss is presently set for hearing on May 28, 2015.  By no later than May 8, 2015, the parties shall file a joint statement setting forth the status of any loan modification review.

**IT IS SO ORDERED.**

Dated: April 29, 2015



Donna M. Ryu
United States Magistrate Judge